902 F.2d 28
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
In re David Raymond Flora Petitioner.
 No. 90-8009.
 United States Court of Appeals, Fourth Circuit.
 Submitted April 2, 1990.
Decided April 18, 1990.
 
 On Petition for Writ of Mandamus.
 David Raymond Flora, petitioner pro se.
 PETITION DENIED.
 Before ERVIN, Chief Judge, and PHILLIPS and CHAPMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 David Raymond Flora filed this petition for writ of mandamus complaining of delay in the district court in acting on his 42 U.S.C. Sec. 1983 petition. Because there has been significant action in the district court as recently as January 1990, we hold that there has been no undue delay in the district court. Therefore, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not significantly aid the decisional process.
 
 PETITION DENIED